DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALYSSA R. BECKEL** f/k/a **ALYSSA R. BUDD,**
Appellant,

v.

**CHARLES A. JUNCO,**
Appellee.

No. 4D2025-2524

[May 14, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502020DR009644XXXXNB.

Eddie E. Stephens, III of Stephens & Stevens, PLLC, West Palm Beach, and Noelle E. Stone of Stephens & Stevens, PLLC, West Palm Beach, Pro Hac Vice, for appellant.

Byron Acosta of Law Office of Byron Acosta, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***